Anthony McELROY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62970.

Missouri Court of Appeals,
Western District.

June 1, 2004.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Deborah Daniels, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Anthony McElroy appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

Janelle FISCHER, Respondent,

v.

JEFFERSON CITY OBSTETRICS & GYNECOLOGY, INC., et al., Appellants.

No. WD 62532.

Missouri Court of Appeals,
Western District.

June 1, 2004.

Susan F. Robertson, Columbia, MO, for Appellants.

Stephen M. Gorny, Leawood, KS, for Respondent.

Before JOSEPH M. ELLIS, C.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Ms. Janelle Fischer sued Dr. Philo Su and Jefferson City Obstetrics & Gynecology, Inc., for damages arising from Dr. Su's alleged malpractice during a sterilization procedure.

For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the circuit court. Rule 84.16(b).